UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Kenneth E Ashe    27977058

(Enter above the full name of the plaintiff
or plaintiffs in this action).

(Inmate Reg. # of each Plaintiff)

**VERSUS**

CIVIL ACTION NO. 5:14-cv-17976
(Number to be assigned by Court)

Cherokee Co. Detention Center
Regal Street
Murphy, NC.

(Enter above the full name of the defendant
or defendants in this action)

## COMPLAINT

I. **Previous Lawsuits**

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        Yes _____   No __✓__

1

II. **Place of Present Confinement:** F.C.I. Beckley

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓    But I wasn't assaulted at this prison    No ___

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ___    No ✓

    C. If you answer is YES:

        1. What steps did you take? _____

        2. What was the result? _____

    D. If your answer is NO, explain why not: at the time I was jailed with the attackers and scared and felt there was a posability the staff could place me in the same pod

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Kenneth E Asle

       Address: federal correctional institution Beckley PO Box 350 Beaver W.V. 25813

    B. Additional Plaintiff(s) and Address(es): _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: I only know her first name tarisa ~~gurd~~

is employed as: a gurd cherokee co Detention

at _____

D. Additional defendants: the sergent on duty that day his first name was mel.

IV. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I have evidence that one of the jailors, at cherokee co. Detention center, deliberatly unlock a electric door and 4 imates come into my room and assaulted me. this assault was witness By my room mates there names are. 1 glen aske, paul auff todd jackson. these same imates, have assaulted several in mates. Before I was ~~att~~ attack. her opening the door persented a obvious risk to me. she knew of there prior assaults.

Case 2:14-cv-00025-FDW   Document 2   Filed 06/10/14   Page 3 of 7

IV.  Statement of Claim (continued):

there where pictures took, and reports made By officers at the jail. I have Been in medical ever since the attack. I have several doctors opions. I havent regained the use of my arm, I've tried theropy ect. I had a MRI on 5/14/14. But I am in pain and unable to use my arm fully as of now and may never regain full use of my arm.

V.  Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments. Cite no cases or statutes.

I dont know if I will ever be able to use my arm fully again due to the jailors acts. I dont know if she wasnt trained correctly. or if it was deliberate. I want the court to appoint me a attorney, to repersent me for the lost of my arm, and the pain I have went through for the last 8 month and still left in pain. if this can not be heard in this district

**V. Relief (continued)):**

Because this happen in the western district of N.C. while I was being held at the holding facility at Cherokee Co Retention center in Murphy N.C. Please forwards my 42 U.S.C. 1983 complaint to Clerk of court 100 otis street Asheville N.C. 28801, united states

**VII. Counsel**

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes _____ No ✓

If so, state the name(s) and address(es) of each lawyer contacted:

If not, state your reasons: In realizing my arm my never Be the some. And under due process my rights have Been violated I feel

C. Have you previously had a lawyer representing you in a civil action in this court?

Yes _____ No ✓

6

If so, state the lawyer's name and address:

_____

_____

Signed this _____ day of _____, 20____.

_____

_____

_____*Kenneth E Ashe*_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___6/4/14___
(Date)

_____KENNETH E ASHE_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7

Kenneth Ashe 27977-058
Federal Correctional Institution Beckley
P.O. Box 350
Beaver, WV, 25813

⇔ 27977-058 ⇔
Clerk Clerger
ROOM 119
110 N Heber ST
Unitdstatedistrict COURT
Beckley, WV 25801
United States

Case 2:14-cv-00025-FDW   Document 2   Filed 06/10/14   Page 7 of 7