IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:14-cv-00025-FDW

| | |
|---|---|
| KENNETH ASHE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KEITH WATKINS; )<br>SHAROM MOSS; D.O. BEASLEY; )<br>ST. MEL, in Official and Personal )<br>Capacity, )<br>)<br>Defendants. )<br>_____) | **ORDER** |

**THIS MATTER** is before the Court on its own motion after the filing of Plaintiff's amended § 1983 complaint and the issuance of summonses by the Clerk's Office.

**IT IS, THEREFORE, ORDERED** that the Clerk shall prepare copies of the complaint for each defendant and deliver it along with a summons to the U.S. Marshals for service on the named-defendants. The U.S. Marshals Service is respectfully directed to take all reasonable measures to serve process on each defendant.

**SO ORDERED.**

Signed: September 7, 2015

Frank D. Whitney
Chief United States District Judge