# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| Kenneth Eldon Ashe**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 2:14-cv-00025-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Keith Watkins, et al**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 31, 2017 Order.

January 31, 2017

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court